IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ELIZABETH H. RAY and ANN
H. TURNER,

     Appellants,

v.

LESLIE M. HUCKABY and
AXA EQUITABLE LIFE AND
ANNUITY COMPANY, a
Foreign Profit Company,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1148

Opinion filed September 20, 2016.

An appeal from the Circuit Court for Walton County.
David W. Green, Judge.

Theodore R. Howell, Barron & Redding, P.A., Panama City, for Appellants.

Daniel E. Harrell and Robert J. Powell, Clark Partington, Pensacola, for Appellees.

PER CURIAM.

     AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.